## 46745.   HENSLER v. THE STATE.

PANNELL, Judge. The defendant was tried on an indictment charging him with murder, was convicted of voluntary manslaughter and sentenced to four years in the penitentiary. His motion for a new trial was overruled and the case was appealed to this court. *Held:*

1. The evidence was sufficient to authorize the verdict found and there was no error in refusing to direct a verdict for the defendant, nor in overruling his motion for a new trial on the general grounds.

2. There was no error in refusing to allow a witness to be cross examined as to specific acts of violence committed

by the deceased. See *Campbell v. State,* 222 Ga. 570, 573 (151 SE2d 132). Further, the defendant rephrased the question after objection was made to the question as to a specific act and the rephrased question and answer was as follows: "Q. Do you know of any occasion when this boy (deceased) had fights with other people? A. I've never been with E. T. (the deceased) when he was in a fight." It follows, therefore, that no error has been shown.

*Judgment affirmed. Hall, P. J., and Quillian, J., concur.*
SUBMITTED JANUARY 7, 1972—DECIDED FEBRUARY 23, 1972.

*Lambert & Carter, James E. Carter,* for appellant.
*George D. Lawrence, Tony H. Hight,* for appellee.

